**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: FORTIETH STATEWIDE      :   No. 100 WM 2018
INVESTIGATING GRAND JURY      :
     :
     :
PETITION OF: W.S.      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2018, in consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

     The Application to File under Seal and the Application for Leave to File a Reply to Answer are GRANTED. The Motion to Unseal and the Application to Lift Stay are DENIED. The Application for Stay and the Application for Relief to Extend Response Deadline to Grand Jury Report No. 1 are DISMISSED AS MOOT.

     Jurisdiction is relinquished.

     The instant order is unsealed.